UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron Findley,                                              Civil 10-186 ADM/FLN

    Petitioner,

v.                                                          O R D E R

State of Minnesota and
Jessica Symmes,

    Respondents

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 4, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1) Petitioner's Petition for a Writ of Habeas Corpus [#1] is **DENIED** and that this action is **DISMISSED WITH PREJUDICE**;

2) Respondents' Motion to Dismiss [#7] is **DENIED as moot.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 2253(c), a Certificate of Appealability will not be issued because Petitioner has failed to make a substantial showing of the denial of any constitutional right.


DATED: August 25, 2010.                          s/Ann D. Montgomery
                                                 _____
at Minneapolis, Minnesota                        JUDGE ANN D. MONTGOMERY
                                                 United States District Court